# COLECCIÓN DE LAS SENTENCIAS Y RESOLUCIONES

DICTADAS POR EL

# TRIBUNAL SUPREMO DE PUERTO RICO

## RUIZ DE VAL *v.* VIRELLA.

## APELACIÓN procedente de la Corte de Distrito de Humacao.

No. 7.—Resuelto en diciembre 10, 1903.

APELACIÓN—LEVANTAMIENTO DE EMBARGO.—Una resolución decretando el levantamiento de un embargo no tiene el carácter de definitiva a los efectos de proceder contra ella recurso de apelación.

### EXPOSICIÓN DEL CASO.

En los autos pendientes en el pleito entre Eugenio Ruiz de Val y Pedro Virella Uribe, en el recurso de apelación interpuesto contra un mandato dictado por la Corte de Distrito de Humacao, y el cual ante nos pende, en virtud de un recurso de apelación interpuesto por Eugenio Ruiz de Val, bajo la dirección de y representado en este tribunal por Tomás Bernardini contra Pedro, Virella Uribe, representado en este tribunal por Rafael López Landrón, habiendo comparecido ante este tribunal solamente el recurrente, representado por su abogado Rafael López Landrón.

*Resultando:* que este pleito tuvo origen con motivo de una reclamación hecha por dinero prestado durante el año 1893, y que se interpuso demanda solicitando un embargo en 31 de mayo de 1902, y que se decretó orden de embargo (*) contra varias fincas que se citan, y que notificado fué el registrador de la propiedad, y que la demanda fué presentada ante el tri-

bunal el día 5 de mayo de 1902, y que la citación se hizo en debida forma y se notificó al registrador de la propiedad, y que de vez en cuando se hicieron varias providencias interlocutorias, y al fin, en 16 de abril de 1902, Eugenio Ruiz de Val, el demandante, fué notificado que dentro de cinco días habría de prestar una fianza de la suma de mil dollars en efectivo, o dos mil dollars en propiedad, para responder por los daños que se podrían sufrir.

*Resultando:* que el Señor Rafael López Landrón, abogado del demandado, presentó una contesta resistiendo el embargo, y solicitando el levantamiento del mismo, y en el día 6 de abril de 1902 el abogado anteriormente citado presentó un escrito en el cual contestó a la querella.

*Resultando:* que en 14 de agosto de 1902, el embargo fué anulado por una providencia dictada en debida forma por el tribunal de Distrito de Humacao, porque el querellante no había prestado la fianza que se había ordenado que prestara en el día 16 de abril anterior, y se ordenó la expedición de una notificación al registrador de la propiedad.

*Resultando:* que Tomás Bernardini en el día 2 de agosto de 1902 presentó un escrito solicitando se anulase la providencia del 14 del mismo mes, y que se estableciera de nuevo el embargo, y después en 29 de agosto de 1902, se dictó una providencia, en la cual constaron todos estos hechos, y en la cual la corte denegó anular dicha orden.

*Resultando:* que contra este mandato Tomás Bernardini interpuso recurso de apelación para ante este tribunal, alegando que el embargo no podía anularse con anterioridad a la vista del pleito, y que dicho recurso de apelación se perfeccionó y está pendiente en la actualidad ante este tribunal.

Abogado del apelante: *Sr. Bernardini.*

Abogado del apelado: *Sr. López Landrón.*(\*)

EL JUEZ ASOCIADO SR. MACLEARY, después de exponer los hechos anteriores, emitió la siguiente opinión del tribunal:

*Se considera* que el mandato dictado por la Corte de Dis-

trito de Humacao, en 14 de agosto de 1902, anulando el embargo, fué meramente una providencia interlocutoria, y no dispuso finalmente del pleito pendiente ante el tribunal, y por esa razón no había lugar al recurso de apelación para ante este tribunal.

*Fallamos:* que debemos declarar y declaramos que no ha lugar al recurso presentado en este caso, e interpuesto por Eugenio Ruiz de Val, contra el mandato de la Corte de Distrito de Humacao antes citado, y condenamos a dicho Ruiz de Val al pago de las costas del presente recurso; y con devolución de los autos que se han remitido, líbrese a la Corte de Distrito de Humacao la certificación correspondiente, para su cumplimiento.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández y Sulzbacher.

El Juez Asociado Sr. Figueras no formó tribunal en la vista de este caso.